UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM JOHN STRAUSS,

    Defendant.
_____/

Case No. 2:09-cr-04

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 29, 2013, on an amended Petition for Warrant or Summons for Offender Under Supervision (docket #34), alleging violations of the defendant's terms of supervised release. At that initial appearance, the defendant waived his right to a preliminary hearing and his right to appear before a district judge. Defense counsel requested that he be provided with additional time to consult with his client regarding a revocation hearing and the issue of detention. Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date: April 5, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge